**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ **JUN 03 2019** ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMONEE ROCHESTER, individually and on behalf of all others similarly | |
| Plaintiff, | Civil Action No.: 1:19-cv-00102-DLI-CLP |
| vs. | |
| MRS ASSOCIATES, | |
| Defendant | |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' May 30, 2019 Stipulation of Dismissal, all claims asserted against Defendant MRS ASSOCIATES in Civil Action No. 1:19-cv-00102-DLI-CLP, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** _3RD_ **day of** _June_ , 2019.

s/Dora L. Irizarry, Chief USDJ
HONORABLE DORA LIZETTE IRIZARRY
UNITED STATES DISTRICT JUDGE